PAMELA E. COGAN (SBN 105089)
JENNIFER E. ACHESON (SBN 130833)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:       (650) 364-8200
Facsimile:        (650) 780-1701
Email:             pcogan@rmkb.com
jacheson@rmkb.com

Attorneys for Defendant
METROPOLITAN DIRECT PROPERTY AND
CASUALTY INSURANCE CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENICE BURKITT,<br><br>            Plaintiff,<br><br>v.<br><br>METLIFE AUTO & HOME, METROPOLITAN PROPERTY & CASUALTY INSURANCE CO., and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. 2:14-cv-01294-JAM-KJN<br><br>ORDER TO THE STIPULATION TO EXTEND THE TIME FOR FILING JOINT STATUS REPORT FOR 60 DAYS.<br><br>Complaint Filed:  April 3, 2014 |

IT IS SO ORDERED AND ADJUDGED that METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY's  executed Stipulation To Extend The Time For Filing Joint Status Report for 60 Days, filed on August 1, 2014  is GRANTED.

**IT IS SO ORDERED.**

Dated: August 4, 2014

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the U.S. District Court